IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANDRE GONZALES,

      Defendant.

ORDER

Case No. 21-cr-15-wmc

---

The defendant in the above-entitled case has been:

__X__   convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the U.S. State Department.

           The State Department is not to reissue a passport without approval of U.S. Probation while the defendant remains on supervision.

_____   convicted of the charge against him and no appeal is pending. Therefore, it is directed that the passport be transferred to the ICE Regional Office in Milwaukee, Wisconsin.

_____   acquitted of the charge against him and/or the charge against him has been dismissed. Therefore, it is directed that the passport be returned to the defendant or his authorized representative.

_____   Defendant is deceased. Therefore, it is directed that the passport be returned to the State Department.

Signed this 26th day of January, 2022.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge